1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          Case No.  22-CR-1174-BAS

11                  Plaintiff,          ORDER OF CRIMINAL
                                        FORFEITURE
12        v.

13   DOMINGA BELMONT (2),

14                  Defendant.

15

16        WHEREAS, in the Indictment the United States sought forfeiture of all right,

17   title and interest in specific properties of Defendant DOMINGA BELMONT

18   ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 21,

19   United States Code, Section 853, and Title 28, United States Code, Section 2461(c), as

20   firearm and ammunition involved the violation of Title 18 United States Code Section

21   922(g)(1) as set forth in Count 1, and as proceeds of and properties used to commit and

22   to facilitate the commission of the offenses set forth in Counts 2 and 3 in violation of

23   Title 21, United States Code, Section 841(a)(1), as charged in the Indictment; and

24        WHEREAS, on January 30, 2024, Defendant pled guilty before Magistrate

25   Judge Allison H. Goddard to Counts 1 through 3 of the Indictment, which pleas

26   included consents to the forfeiture allegations of the Indictment, and consent to the

27   forfeiture of all properties seized in connection with the case, including but not limited

28   to, forfeiture of the following:

1     1) Six (6) rounds of 9mm ammunition; and

2     2) One (1) un-serialized Glock Handgun (commonly referred to as a

3      "ghost" gun); and,

4    WHEREAS, on February 15, 2024, this Court accepted the guilty plea of

5 Defendant; and

6    WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture

7 addendum, the Court finds that the United States has established the requisite nexus

8 between the forfeited firearm and ammunition and the offenses; and

9    WHEREAS, the firearm and ammunition are currently in the custody of the

10 Oceanside Police Department; and

11    WHEREAS, the United States, having submitted the Order herein to the

12 Defendant through her attorney of record, to review, and no objections having been

13 received;

14    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

15    1.  Based upon the guilty pleas of the Defendant, all right, title, and interest

16 of Defendant DOMINGA BELMONT in the following firearm and ammunition, which

17 are currently in the custody of the Oceanside Police Department, are hereby forfeited

18 to the United States pursuant to Title 18, United States Code Section 924(d)(1), Title

19 21, United States Code, 853, and Title 28, United States Code, Section 2461(c). The

20 Court further orders that the Oceanside Police Department shall dispose of these

21 firearm and ammunition according to law, when no longer needed for evidence:

22     1) Six (6) rounds of 9mm ammunition; and

23     2) One (1) un-serialized Glock Handgun (commonly referred to as a

24      "ghost" gun).

25    2.  No ancillary proceeds or further forfeiture action is required as to

26 Defendant DOMINGA BELMONT for this criminal case.

27

28

1     3.    Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final
2 as to the Defendant at the time of sentencing and is part of the sentence and included
3 in the judgment.

4     DATED: March 13, 2024

Honorable Cynthia Bashant
United States District Judge